ings warranted the BIA's decision to deny the motion on the bases that (1) Restrepo failed to establish a prima facie case of eligibility for asylum or withholding of removal; and (2) even had he demonstrated eligibility for asylum or withholding of removal, he was not entitled to a favorable exercise of discretion. *See Li*, 488 F.3d at 1374–75. Accordingly, we deny the petition for review.

**PETITION DENIED.**

Before CARNES and MARCUS, Circuit Judges, and DUBOSE,* District Judge.

PER CURIAM:

The judgment of the district court is AFFIRMED for exactly those reasons set out in that court's order of October 9, 2007.[1]

**Florencio AROCHO, Jr., Plaintiff–Appellant,**

v.

**CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, Defendant–Appellee.**

No. 07–15340.

United States Court of Appeals, Eleventh Circuit.

May 7, 2008.

Edward Randolph Gay, Law Firm of Edward R. Gay, P.A., Orlando, FL, for Plaintiff–Appellant.

Francis J. Carey, Central States Legal Department, Rosemont, IL, for Defendant–Appellee.

**In re: Thomas J. RYAN, III, Debtor.**

**Winchester Global Trust Co., Plaintiff–Appellee,**

v.

**Entrust NPL, Corp., Defendant–Appellant.**

No. 07–10845

United States Court of Appeals, Eleventh Circuit.

May 8, 2008.

---

* Honorable Kristi DuBose, United States District Judge for the Southern District of Alabama, sitting by designation.

1. This case was originally scheduled for oral argument, but the panel unanimously determined that it could and should be decided without argument. See 11th Cir.R.34–3(f).